AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| | | |
|---|---|---|
| STEVE BAYER and KANDI COOK, on behalf of themselves and all others similarly situated, | ) ) ) | **CV 12 2826** |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| COMCAST CABLE COMMUNICATIONS, LLC | ) ) | |
| Defendant | ) | **JCS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COMCAST CABLE COMMUNICATIONS, LLC
1701 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Todd C. Atkins, Siprut PC, 701 B Street, Suite 1170, San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 2012

HELEN ALMACEN

*Signature of Clerk or Deputy Clerk*


COPY