MICHAEL J. STORTZ (SBN #139386)
michael.stortz@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
COMCAST CORPORATION

SEAMUS C. DUFFY
seamus.duffy@dbr.com
MICHAEL W. MCTIGUE JR.
michael.mctigue@dbr.com
MICHAEL P. DALY
michael.daly@dbr.com
TARA S. SAROSIEK
tara.sarosiek@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendant
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE BAYER and KANDI COOK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION,<br><br>Defendant. | Case No. 3:12-cv-02826-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**<br><br>Magistrate Judge: Joseph C. Spero |

STIPULATION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING
SF01/ 838257.1

CASE NO. 3:12-CV-02826-JCS

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, and based on the agreement between the parties through counsel, it is hereby STIPULATED as follows:

The period of time within which Defendant Comcast Corporation may answer or otherwise respond to Plaintiffs' Complaint is extended to and including July 26, 2012.

Dated: June 18, 2012                    DRINKER BIDDLE & REATH LLP

                                        By: /s/ Michael J. Stortz
                                             Michael J. Stortz

                                        Attorneys for Defendant
                                        COMCAST CORPORATION

Dated: June 18, 2012                    SIPRUT PC

                                        By: /s/ Todd Christopher Atkins
                                             Todd Christopher Atkins

Dated: June 19, 2012

                                        Attorneys for Plaintiffs
                                        STEVE BAYER and KANDI COOK

*[Court stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

**Attestation Pursuant to General Order 45**

Pursuant to General Order No. 45, Section X(B), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on June 18, 2012 at San Francisco, California.

                                        /s/ Michael J. Stortz
                                        Michael J. Stortz