Joseph J. Siprut
*jsiprut@siprut.com*
James M. McClintick
*jmcclintick@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.948.9196

Todd C. Atkins
*tatkins@siprut.com*
SIPRUT PC
701 B Street, Suite 1170
San Diego, CA  92101
619. 255.2380
Fax: 619.231.4984

*Counsel for Plaintiffs and the Proposed Putative Classes*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE BAYER and KANDI COOK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC<br><br>Defendant. | Case No.  C 12-02826 YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)(A)(I) OF THE FEDERAL RULES OF CIVIL PROCEDURE**  AND ORDER |

Plaintiffs, Steve Bayer and Kandi Cook, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss this action, without prejudice, against Defendant Comcast Cable Communications, LLC.

Dated: October 1, 2012             Respectfully submitted,

STEVE BAYER and KANDI COOK, individually and on behalf of all others similarly situated,

By:   /s/ Todd C. Atkins
   One of the Attorneys for Plaintiffs
   and the Proposed Putative Classes

Joseph J. Siprut
*jsiprut@siprut.com*
James M. McClintick
*jmcclintick@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois  60602
312.236.0000
Fax: 312.948.9196

Todd C. Atkins
*tatkins@siprut.com*
SIPRUT PC
701 B Street, Suite 1170
San Diego, CA  92101
619. 255.2380
Fax: 619.231.4984

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

October 10, 2012

4815-0742-9393, v.  1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Voluntary Dismissal Pursuant to Rule 41(A)(1)(A)(I) of the Federal Rules of Civil Procedure** was filed this 1st day of October, 2012, via the electronic filing system of the Northern District of California, which will automatically serve all counsel of record.

/s/  Todd C. Atkins